**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CITY OF WILKES-BARRE, | : No. 746 MAL 2018 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| WILKES-BARRRE CITY FIRE FIGHTERS | : |
| LOCAL UNION NO. 104, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.